# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,                    )
                                             )
         Plaintiff,                          )
                                             )
vs.                                          )      Case No. 3:07 - cr - 572
                                             )
                                             )
DARCON CORDELL JONES,                        )
                                             )
         Defendant.                          )

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the defendant, having both filed a written consent,
appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The defendant
entered a plea of guilty to Count(s) _____1_____ of the Indictment/Information. After cautioning
and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I
determined that the guilty plea(s) was/were knowing and voluntary as to that count, and that the
offenses(s) charged is/are supported by an independent factual basis concerning each of the
essential elements of such offense(s). I, therefore, recommend that the plea(s) of guilty be
accepted, that a pre-sentence investigation and report be prepared, and that the defendant be
adjudged guilty and have sentence imposed accordingly.

_November 16, 2007_____          _____
Date                                 THOMAS J. SHIELDS
                                     UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. 636(b)(1)(B).